**Opinion issued August 6, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-12-01100-CV**

———————————

**XIANG JIANG GAO AND LANDMART TRADING, INC., Appellants**

**V.**

**AUGUSTO HAM AND HENRY HE, Appellees**

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Case No. 2010-80370**

---

**MEMORANDUM OPINION**

Appellants, Xiang Jiang Gao and Landmart Trading, Inc., have failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX.

R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Sharp and Massengale.